## UNITED STATES of America, Plaintiff–Appellee,

### v.

## Carlos Geovani ULLOA–PORTILLO, Defendant–Appellant.

### No. 12–50175
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 22, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, Margaret Mary Embry, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, Donna F. Coltharp, Assistant Federal Public Defender,

Federal Public Defender's Office, El Paso, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

Honduran national Carlos Geovani Ulloa–Portillo (Ulloa) appeals the sentence he received following his guilty plea conviction for being found illegally in the United States after having been previously deported. He urges that his sentence is unreasonable, specifically challenging the district court's imposition of a three-year term of non-reporting supervised release.

Ulloa has completed his term of imprisonment and has been removed to Honduras. For that reason, his appeal is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007). Accordingly, the appeal is DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

